**Electronically Filed**
**Supreme Court**
**SCWC-11-0000018**
**17-APR-2012**
**09:35 AM**

NO. SCWC-11-0000018

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LAEL SAMONTE, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000018;
S.P.P. NO. 10-1-0083 (CR. NO. 89-0003))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Acoba, and McKenna, JJ.,
Circuit Judge Castagnetti, in place of Nakayama, J., recused, and
Circuit Judge Garibaldi, in place of Duffy, J., recused)

Petitioner/Petitioner-Appellant Lael Samonte's

application for writ of certiorari filed on March 6, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, April 17, 2012.

Lael Samonte, petitioner/
petitioner-appellant,
pro se, on the application

/s/ Mark E. Recktenwald

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Jeannette H. Castagnetti

/s/ Colette Y. Garibaldi

